No. 3971.—Pueblo, apldo., *v.* Román, aplte.—C. D. Aguadilla. Ataque para cometer homicidio. Diciembre 16, 1929.

No. 3970.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Diciembre 16, 1929.

No. 3969.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Diciembre 16, 1929.

No. 3967.—Pueblo, apldo., *v.* Román, aplte.—C. D. Ponce. Alterar la paz. Diciembre 16, 1929.

No. 3964.—Pueblo, apldo., *v.* Santiago, aplte.—C. D. Humacao. Acometimiento grave. Diciembre 16, 1929.

No. 3963.—Pueblo, apldo., *v.* Vargas, aplte.—C. D. Mayagüez. Delito contra la salud. Diciembre 16, 1929.

No. 3962.—Pueblo, apldo., *v.* Rivera, aplte.—C. D. Humacao. Mutilación. Diciembre 16, 1929.

No. 3924.—Pueblo, apldo., *v.* Méndez, aplte.—C. D. San Juan. Homicidio voluntario. Diciembre 23, 1929.

No. 3925.—Pueblo, apldo., *v.* Méndez, aplte.—C. D. San Juan. Portar armas. Diciembre 23, 1929.

No. 3937.—Pueblo, apldo., *v.* Tirado, aplte.—C. D. San Juan. Acometimiento y agresión, etc. Diciembre 23, 1929.

No. 3961.—Pueblo, apldo., *v.* Cancel, aplte.—C. D. Mayagüez. Homicidio voluntario. Diciembre 23, 1929.

No. 3976.—Pueblo, apldo., *v.* Morales et al., acusados y apelante el primero.—C. D. San Juan. Adulteración de leche. Diciembre 23, 1929.

No. 3977.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. San Juan. Acometimiento y agresión, etc. Diciembre 23, 1929.

No. 3978.—Pueblo, apldo., *v.* Merehet, aplte.—C. D. San Juan. Alterar la paz pública. Diciembre 23, 1929.

No. 3979.—Pueblo, apldo., *v.* Sánchez, aplte.—C. D. Ponce. Infracción Ley de Automóviles. Diciembre 23, 1929.

No. 3954.—Pueblo, apldo., *v.* Laino, aplte.—C. D. Ponce. Portar armas. Diciembre 23, 1929.